NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JON ANTHONY SCHWEDER, *Petitioner*.

No. 1 CA-CR 20-0228 PRPC

FILED 6-4-2020

Petition for Review from the Superior Court in Navajo County
No. S0900CR20090633
The Honorable Robert J. Higgins, Judge

**AFFIRMED**

APPEARANCES

Navajo County Attorney's Office, Holbrook
By Michael R. Shumway
*Counsel for Respondent*

Jon Anthony Schweder, Florence
*Petitioner*

## MEMORANDUM DECISION

Presiding Judge Michael J. Brown delivered the decision of the Court, in which Judge Kenton D. Jones and Judge D. Steven Williams joined.

**B R O W N**, Judge:

**¶1** Petitioner Jon Anthony Schweder seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's third successive petition.

**¶2** Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3** We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review, and State's response. We find that petitioner has not established an abuse of discretion.

**¶4** For the foregoing reasons, we grant review and deny relief.

